# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO LOPEZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00191-JLT-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 12, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On January 16, 2026, the Court ordered Respondents to file a response to the petition within thirty days. (ECF No. 5.) On February 27, 2026, Respondents filed a response. (ECF No. 9.) On February 27, 2026, Petitioner filed a motion for preliminary injunction, which the assigned district judge referred to the undersigned. (ECF Nos. 10, 11.)

The Court intends to issue findings and recommendations on the merits of the petition for writ of habeas corpus, with the understanding that the Court will also consider any arguments made and exhibits submitted in support of the motion for preliminary injunction. See Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); Dzhabrailov

v. Decker, No. 20-CV-3118 (PMH), 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously). However, as Petitioner provides additional factual allegations and legal arguments in the motion for preliminary injunction, the Court will require Respondents to file a response to the motion for preliminary injunction to address these additional allegations and arguments.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days from the date of service of this order, Respondents SHALL file a response to the motion for preliminary injunction; and

2. Within seven (7) days from the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:    **March 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2